STATE OF CONNECTICUT *v.* DONALD SCOTT

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 172, is denied.

*James E. Mattern,* in support of the petition.

*Mitchell S. Brody,* deputy assistant state's attorney, in opposition.

Decided October 26, 1988

EDWARD LAWLER *v.* DOLORES LAWLER

The plaintiff's petition for certification for appeal from the Appellate Court, 16 Conn. App. 193, is granted, limited to the following issue:

"May a court in a dissolution decree order automatic cost of living increases in periodic alimony payments based upon the payor's projected increase in salary?"

*Wesley W. Horton,* in support of the petition.

*Raynald B. Cantin,* in opposition.

Decided October 26, 1988